proceed further *in forma pauperis,* denied. *Mr. Burton Craige* for petitioner. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. Will G. Beardslee, Randolph C. Shaw,* and *W. Marvin Smith* for the United States.

Nos. 594 and 595. HARTER, RECEIVER, *v.* WALLACE, TRUSTEE, ET AL. January 15, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Elmer T. Bell* for petitioner. *Mr. Joseph J. Daniels* for respondents.

No. 626. MISSOURI-KANSAS-TEXAS R. Co. *v.* PLEASANT ET AL. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. W. W. Brown* and *Joseph M. Bryson* for petitioner. *Messrs. Roland Boynton* and *J. G. Somers* for respondents.

No. 636. TRADERS LIMITED *v.* UNITED STATES. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Frederic M. P. Pearse* and *Milton R. Kroopp* for petitioner. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. J. Frank Staley, Lucian Y. Ray,* and *W. Marvin Smith* for the United States.

No. 638. CENTRAL EASTERN POWER. Co. *v.* MANUFACTURERS TRUST Co. ET AL.; and
No. 639. OHIO ELECTRIC POWER Co. *v.* COLUMBUS, DELAWARE & MARION ELECTRIC. Co. ET AL. January 15, 1934. Petition for writs of certiorari to the Circuit Court